IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CYNTHIA SIMS-MCGHEE and
DANIEL MCGHEE,

       Plaintiffs,

v.

TERRY R. ZOPH, *et al.*,

       Defendants.

Case No. 3:18-CV-01727-NJR

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of **September 28, 2020** (Doc. 68), reflecting the Stipulation of Dismissal filed September 22, 2020 (Doc. 67), this action is **DISMISSED with prejudice** with each party to bear its own fees and costs.

    DATED:  September 28, 2020

                                                                 **MARGARET M. ROBERTIE,**
                                                                 **Clerk of Court**

                                                                 **By:  s/** *Deana Brinkley*
                                                                          **Deputy Clerk**

**APPROVED:**  **s/** *Nancy J. Rosenstengel*
                           **NANCY J. ROSENSTENGEL**
                           **Chief U.S. District Judge**